IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC. ) <br> ) <br>        Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JOSHUA B. BOLTEN,[1] et al., ) <br> ) <br>        Defendants. ) <br> ) | Civil Action <br> No. 97-2891 |

**NOTICE OF UPDATE AND JOINT MOTION FOR AN EXTENSION OF TIME**

On January 24, 2005, the Court ordered the parties to inform it of any factual and legal updates in this case by February 23, 2005, and the Court subsequently granted defendants' motion for an extension of time until March 10, 2005 for the parties to submit their updates. The parties hereby inform the Court of factual updates relating to one of the defendants and jointly move the Court for an extension of time to March 29, 2005 to submit the remainder of their updates with the Court. In support of this motion the parties state as follows:

    1.    The cross-motions for summary judgment address the adequacy of the inventories of major information systems maintained by two agencies. After an exchange of information, the parties have agreed that defendant Executive Office of the President, Office of Administration's ("OA") current inventory of major information systems satisfies the Freedom of Information Act ("FOIA").

    2.    The other remaining defendant with respect to which plaintiff has an outstanding claim regarding FOIA is the Department of Energy. The Department of Energy is updating its

---

[1] Joshua B. Bolten is automatically substituted for Franklin D. Raines, pursuant to Fed. R. Civ. P. 25(d)(1).

list of major information systems, and will have a new list of Major Information Systems to submit to the Court. However, because there has been a personnel turnover of Department of Energy employees working on this issue (both in the programmatic staff and legal department) since the summary judgment motions were briefed in 2001, the parties request additional time to provide the Court with updates. This additional time will allow the parties further opportunity to evaluate the updated list and potentially resolve some of the issues related to the updated list.

    4.    While the parties have reached agreement with respect to one of the two remaining defendants (OA), the parties request an extension of time for the remainder of the factual and legal updates. Specifically, the parties request that they have until March 29, 2005 to submit the remainder of their updates.

    5.    The parties further request that they have until April 5, 2005 to submit any responses to the updates.

Dated: March 8, 2005                                  Respectfully submitted,

    /s/ Allison Zieve                                          PETER D. KEISLER
Allison Zieve (DC Bar # 424786)           Assistant Attorney General
Public Citizen Litigation Group
1600 20th Street NW                              KENNETH L. WAINSTEIN
Washington, DC  20009                         United States Attorney
(202) 588-1000
                                                             /s/ Tamara Ulrich
                                                   ELIZABETH J. SHAPIRO (DC Bar # 418925)
                                                   TAMARA ULRICH (NY Bar)
                                                   U.S. Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   P.O. Box 883
                                                   Washington, D.C.  20044
                                                   (202) 305-1432
                                                   Trial Attorney
                                                   Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 97-2891 |
| JOSHUA B. BOLTEN,[1] et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the parties motion for an extension of time in which to file legal and factual updates to the court, it is hereby

ORDERED, that the motion for an extension of time is GRANTED; and it is further

ORDERED, that the parties shall have up to and including March 29, 2005, in which to file their updates with the Court; and it is further

ORDERED, that each party shall have until April 5, 2005 to file a response.

Dated: _____

_____
Evan J. Wallach

---

[1] Joshua B. Bolten is automatically substituted for Franklin D. Raines, pursuant to Fed. R. Civ. P. 25(d)(1).