UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN, INC.,                    )
                                         )
                Plaintiff,               )          Civil Action No. 97-2891
                                         )
v.                                       )
                                         )
JOSHUA B. BOLTEN,                        )
Director of the Office of Management and )
Budget, *et al.*,                        )
                                         )
                Defendants.              )

**PLAINTIFF'S RESPONSE TO DEFENDANT DEPARTMENT OF ENERGY'S
NEW INDEX OF MAJOR INFORMATION SYSTEMS**

On the afternoon of April 5, 2005, defendant Department of Energy ("DOE") posted on its

website a new index of major information systems, which includes descriptions of those systems.

As explained in Plaintiff's April 5 filing, DOE posted the index too late in the day to enable Plaintiff

to review and respond to the new list on that date.  Plaintiff submits this further response to address

DOE's new index.  The index is available on DOE's website at www.ma.mbe.doe.gov/me70/foia/

umis.pdf, and a copy is attached to this response.

1.      The Freedom of Information Act ("FOIA") directs each agency to prepare an index

and descriptions of its major information systems as part of the requirement that each agency

compile "reference material or a guide for requesting records or information from the agency . . . ."

5 U.S.C. § 552(g).  DOE's index, however, was not compiled for the purpose of aiding the public

in accessing information.  Rather, as explained in the Wallace Declaration filed by Defendants on

March 29, 2005, the index was compiled as part of two processes called "Enterprise Architecture"

("EA") and "capital planning and investment control" ("CPIC").  Neither process looks to the

substance of available information.  Rather, as OMB explains, "An EA is the explicit description and

documentation of current and desired relationships among business and management processes and information technology." OMB Circular A-130, at 12, § 9(a)(9)(d)(2)(a), www.whitehouse.gov/omb/circulars/a130/a130trans4.html. And CPIC "means a management process for ongoing identification, selection, control, and evaluation of investments in information resources." *Id*. § 6(c). Stated more simply, EA focuses on information technology, that is, equipment, *id*. § 6(s), and CPIC focuses on investments and budget.

> OMB Circular A-130 defines "major information system" to include
>
> a system or investment that requires special management attention because of (1) its importance to an agency mission, (2) its high development, operating, or maintenance costs; or (3) its significant role in the administration of agency programs, finances, property, or other resources.

OMB Circular A-130, § 6(u) (enumeration added). Looking to the EA and CPIC processes might be an appropriate way to identify major information systems that fit within the second of OMB's three categories, but neither is well-suited for identifying systems in the first and third categories. Likely for this reason, DOE's index of major information systems omits a number of records systems that satisfy the OMB definition because they address topics central to the agency's mission or because of their significant role in the administration of agency programs. Indeed, the index seems to include few if any systems that incorporate substantive information about DOE's programs.

For example, DOE's "mission" includes "ensur[ing] the environmental cleanup of the national nuclear weapons complex," DOE Strategic Plan at 3 (Sept. 30, 2003), http://strategicplan.doe.gov, and one of its seven "general goals" is to "accelerate cleanup of nuclear waste weapons manufacturing and testing sites, completing cleanup of 108 contaminated sites by 2025." *Id*. at 4. Although the DOE index refers to systems that relate to transportation of nuclear

waste, it does not include systems that address its core mission of environmental cleanup of nuclear waste. And the specific examples of records systems relating to environmental hazards that were missing from DOE's 2001 index are still missing today—including waste disposal records, permit files, and files relating to Superfund sites. *See* Memo. in Sppt. of Pltf's Motion for SJ at 11-12 (Jan. 19, 2001) (providing more detail about these examples).

Another part of DOE's mission is "to advance the national, economic, and energy security of the United States; [and] to promote scientific and technological innovation in support of that mission," DOE Strategic Plan, *supra* ,at 3, which DOE also cites as one of its four strategic goals. *Id*. at 4. Yet the index of major information does not appear to include systems that address this central aspect of DOE's work. For example, as explained in Plaintiff's January 2001 memorandum, DOE sponsors an enormous amount of basic scientific research, and its enabling legislation includes special provisions that vest ownership of certain patents developed under DOE's programs. *See* 42 U.S.C. §§ 2182, 2186, 5908. DOE has several systems of records related to its patents and inventions and technology licensing. *See* Memo. in Sppt. of Pltf's Motion for SJ at 12-13 (providing examples of DOE patent records systems). None appears on the index.

Like DOE's environmental records, the patent records plainly have a "significant role in the administration of agency programs, finances, property or other resources." These missing items, as well as others listed in Plaintiff's January 2001 memorandum (at pp. 10-11), demonstrate that DOE is still failing to provide the index of its major information systems required by FOIA.

Moreover, in its earlier summary judgment papers, DOE identified several systems—such as the OpenNet system, Human Subject Research file, and Environmental, Safety and Health Researchers Workstation—as major information systems. *See* Memo. in Sppt. of Defs.' Cross-

Motion for SJ at 5 & nn. 2-3 (dated Feb. 14, 2001).  None of these systems is on DOE's current

index.  At the time the parties filed their summary judgment motions, the DOE index also included,

for example, administrative files and a collection of documents maintained by the Defense Nuclear

Facilities Safety Board.  Those materials are also no longer on DOE's index.

    2.    The descriptions on the DOE index are helpful in that they illustrate that the index

is useless as a "reference" or "guide for requesting records or information from the agency."  In terms

of conveying the content of the systems listed to potential requesters, the descriptions are inadequate.

    For the most part, the descriptions are so opaque as to be meaningless to someone looking

to find out what sorts of information can be found at DOE.  *See*, *e.g.*, Attachment at 4

("Management, Budget & Evaluation e-Procurement: A headquarters procurement based system

associated with planning, awarding, and administering various unclassified acquisitions.").  Others

simply provide no real hint about what substantive information the system contains.  *See*, *e.g.*,

Attachment at 1 ("South Western Power Administration EDMS  This system will facilitate in

creating a more solid network infrastructure supporting collaboration across the DOE sites.").

    Put simply, the new DOE index and the descriptions it contains cannot possibly be what

Congress had in mind when it mandated that agencies provide indices of major information systems

as an aid to FOIA requesters.

April 11, 2005                                              Respectfully submitted,

                                                   _____/s/_____
                                                   Allison M. Zieve (DC Bar No. 424786)
                                                   David Arkush (DC Bar No. 490385)
                                                   1600 20th Street, NW
                                                   Washington, DC 20009
                                                   202-588-1000
                                                   Counsel for Plaintiff Public Citizen

**(FY06) Environmental Management (EM) HQ Web Based Mission Support Systems:**

EM HQ Web Based Mission Support Systems provides mission critical tools including commitment tracking; team collaboration, knowledge management, workflow management, Electronic records management, and Web Content Management to support EM strategic goals.

**Oak Ridge National Laboratory Center for Computational Sciences:**

Center for Computational Sciences is a collaboration of DOE-SC and a world-class team from national labs and private industry. It evaluates and deploys technology to maximize performance of scientific applications and advances the Nation's science and technology research.

**South Western Power Administration EDMS**

This system will facilitate in creating a more solid network infrastructure supporting collaboration across the DOE sites.

**Extended Common Integrated Technology Environment (eXCITE)**

This system will facilitate in creating a more solid network infrastructure supporting collaboration across the DOE sites.

**Southwest Power Authority (SWPA) MMIS (Cascade)**

This system will facilitate in creating a more solid network infrastructure supporting collaboration across the DOE sites.

**(ePME) Enclave:**

The E-Gov Corporate R&D Portfolio Management Environment Enclave system is the DOE's corporate technology solution that provides a new R&D management and administration capability to allow for effective technical program and project management.

**Energy Efficiency and Renewable Energy Corporate**

**Management and Planning System:**
EERE Corporate Management and Planning System will
incorporate separate EE Sector Financial Systems: OITIS,
OPTIS, BRUTIS, and I-Explorer, from FY 2003 on.

**Windows Systems Approach to Grants Administration:**
This system includes maintenance of the Windows-based
client/server system WinSaga (active) and will ultimately
transition to Grants.gov.

**Environment, Safety & Health Energy Employees
Occupational Illness Compensation Act Initiative**
Fiscal Year 2005 National Defense Authorization Act abolished
Part D of the EEOICPA administered by the DOE and replaced IT
with a new system of federal payments called Part E to be
administered by the Department of Labor.

**Environment, Safety & Health Case Management
System** Fiscal Year 2005 National Defense Authorization Act
abolished Part D of the EEOICPA administered by the DOE and
replaced IT with a new system of federal payments called Part E
to be administered by the Department of Labor.

**Environmental Management Headquarters Integrated
Planning,
Accountability, and Budgeting System:**
The Integrated Planning, Accountability, and Budgeting System-
Information System (IPABS-IS) is the project-based system that
supports the routine data collection and reporting needs of the EM
Program.

**Energy Science Network (ESnet):**
DOE Energy Sciences Network (ESnet) system is in Support of
Advanced Scientific Computing Research.

**DOE Enterprise Architecture Repository:**
The DOE Enterprise Architecture (EA) Repository ensures compliance with OMB A-130/Clinger-Cohen Act by promoting standard architectural practices, providing a framework for systems modernization, and establishing an EA vision aligned with DOE strategic goals.

**Electronic Capital Planning & Investment Control (eCPIC):**
eCPIC is a system to electronically reconfigure and re-scope the DOE electronic Capital Planning and Investment Control (eCPIC) process to address deficiencies in current IT management practices.

**Idaho National Engineering & Environmental Laboratory Business Systems:**
Maintains and operates INEEL financial systems consisting of Commercial Off The Shelf applications, interfaces with external source systems (i.e., Supply Chain & Payroll), & in-house developed bolt-ons. Performs GL, Asset Management, AR, Costing, Billing, & reporting to DOE.

**Idaho National Engineering & Environmental Laboratory Financial System:**
Maintains and operates INEEL financial systems consisting of Commercial Off The Shelf applications, interfaces with external source systems (i.e., Supply Chain & Payroll), & in-house developed bolt-ons. Performs GL, Asset Management, AR, Costing, Billing, & reporting to DOE.

**Nuclear Energy-ORACLE FINANCIALS:**

Maintains and operates INEEL financial systems consisting of Commercial Off The Shelf applications, interfaces with external source systems (i.e., Supply Chain & Payroll), & in-house developed bolt-ons. Performs GL, Asset Management, AR, Costing, Billing, & reporting to DOE.

**Lawrence Berkley Laboratory National Energy Research Scientific Computing Enclave:**

The Lawrence Berkley Laboratory National Energy Research Scientific Computing (NERSC) Enclave system is in Support of Advanced Scientific High Performance Computing.

**Management, Budget & Evaluation Procurement and Assistance Data System (PADS):**

A Headquarters procurement-based system associated with planning, awarding, and administering various unclassified acquisitions.

**Management, Budget & Evaluation e-Procurement:**

A Headquarters procurement-based system associated with planning, awarding, and administering various unclassified acquisitions.

**Management, Budget & Evaluation Enterprise Human Resources System (CHRIS):**

CHRIS serves as the Department's official record for human resource information and is maintained by the Office of Management, Budget and Evaluation.

**Management, Budget & Evaluation Employee Self Service (ESS):**

This system contributes to the Department's official record for human resource information and is maintained by the Office of

Management, Budget and Evaluation.

**Management, Budget & Evaluation DOE Jobs Online (QuickHire):**
This system contributes to the Department's official record for human resource information and is maintained by the Office of Management, Budget and Evaluation.

**Management, Budget & Evaluation DOEInfo:**
This system contributes to the Department's official record for human resource information and is maintained by the Office of Management, Budget and Evaluation.

**Management, Budget & Evaluation Financial Data Warehouse (FDW):**
A department-wide financial data warehouse that will integrate financial, budgetary, procurement, personnel, program and performance information.

**Management, Budget & Evaluation I-MANAGE Data Warehouse (IDW):**
A department-wide I-Manage data warehouse that will integrate financial, budgetary, procurement, personnel, program and performance information.

**Management, Budget & Evaluation DISCAS- Capital Accounting Center:**
The Capital Accounting Center system will replace the Department's accounting and financial reporting systems, electronically integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation DISCAS-Core:**
The DISCAS-Core system will replace the Department's accounting and financial reporting systems, electronically

integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation Funds Distribution System (FDS):**

The Funds Distribution System (FDS) system will replace the Department's accounting and financial reporting systems, electronically integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation I-MANAGE STARS:**

This system will replace the Department's accounting and financial reporting systems, electronically integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation Standard Budget System (SBS):**

The Standard Budget System (SBS) system will replace the Department's accounting and financial reporting systems, electronically integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation Management Analysis Reporting System (MARS):**

The Management Analysis Reporting System (MARS) will replace the Department's accounting and financial reporting systems, electronically integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation Budget Table**

**System (BTS):**

The Budget Table System (BTS) will replace the Department's accounting and financial reporting systems, electronically integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation Vendor Inquiry Payment Electronic Reporting System (VIPERS):**

The Vendor Inquiry Payment Electronic Reporting System (VIPERS) will replace the Department's accounting and financial reporting systems, electronically integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation Customer Information Self Service System (CISS):**

This Customer Information Self Service System (CISS) will replace the Department's accounting and financial reporting systems, electronically integrating budget formulation, budget execution, accounting, financial reporting, activity based management/costing, and performance measurement.

**Management, Budget & Evaluation eContent Management System (ECMS):**

An enterprise-wide, integrated document and records management system that covers the full life-cycle of documents.

**National Nuclear Security Administration ADaPT Networked:**

Develops and deploys emerging information networking technology to production processes.

**National Nuclear Security Administration ADaPT Network Infrastructure:**

Develops and deploys emerging information networking

technology to production processes.

**Advanced Simulation and Computing Network Infrastructure:**
This network infrastructure directly supports the portion of the DOE mission to maintain the safety, security, and reliability of the U.S. nuclear weapons stockpile.

**Advanced Simulation and Computing Computational Server:**
This computing computational server directly supports the portion of the DOE mission to maintain the safety, security, and reliability of the U.S. nuclear weapons stockpile.

**Advanced Simulation and Computing Data Repository:**
This data repository directly supports the portion of the DOE mission to maintain the safety, security, and reliability of the U.S. nuclear weapons stockpile.

**Advanced Simulation and Computing Document Scanning Pilot Facility:**
This document scanning pilot facility directly supports the portion of the DOE mission to maintain the safety, security, and reliability of the U.S. nuclear weapons stockpile.

**Advanced Simulation and Computing Networked:**
This computing networked directly supports the portion of the DOE mission to maintain the safety, security, and reliability of the U.S. nuclear weapons stockpile.

**Advanced Simulation and Computing Stand Alone:**
This computing stand alone directly supports the portion of the DOE mission to maintain the safety, security, and reliability of the U.S. nuclear weapons stockpile.

**Advanced Simulation and Computing Network Infrastructure:**
This computing network infrastructure directly supports the portion of the DOE mission to maintain the safety, security, and reliability of the U.S. nuclear weapons stockpile.

**Advanced Simulation and Computing Video Processing:**
This computing video processing directly supports the portion of the DOE mission to maintain the safety, security, and reliability of the U.S. nuclear weapons stockpile.

**Integrated Cyber Security Initiative Networked System:**
This network system provides a secure infrastructure to support NNSA scientific, business, and engineering efforts.

**Integrated Cyber Security Initiative Network Infrastructure:**
This network infrastructure provides a secure infrastructure to support NNSA scientific, business, and engineering efforts.

**Integrated Cyber Security Initiative Video Processing:**
This video processing system provides a secure infrastructure to support NNSA scientific, business, and engineering efforts.

**Integrated Cyber Security Initiative Teleconference:**
This teleconference system provides a secure infrastructure to support NNSA scientific, business, and engineering efforts.

**CMMS Major Application:**
This is an Enterprise Resource Planning program, which is a cross-lab business process and technology solution aimed at increasing efficiency and effectiveness via integration and reduction of application silos.

**Local Area Network Material Accountability System (LANMAS):**

This system will aid the reengineering of business processes and integrate stand-alone systems to ensure cradle-to-grave nuclear materials accountability.

### Nuclear Materials Management & Safeguards System (NMMSS):

This system will aid the reengineering of business processes and integrate stand-alone systems to ensure cradle-to-grave nuclear materials accountability.

### PeopleSoft System:

HR systems tool, used for budgeting, head count, employee information.

### Oracle Financial and Manufacturing Access:

The Enterprise Resource Planning is a cross-lab business process and technology solution aimed at increasing efficiency and effectiveness via integration and reduction of application silos.

### National Nuclear Security Administration STA Transportation Command and Control System:

The mission of this system is to aid in the tracking and communication of the safe and secure transportation of nuclear weapons, components and special nuclear materials.

### Environmental Management Access Control [RADAC]:

This application is used by DOE's National Transportation Program to support the planning and execution of its transportation responsibilities for all non-classified shipments of hazardous materials, including radioactive, mixed wastes, and other commodities.

### Automated Transportation Management System (ATMS):

This application is used by DOE's National Transportation

Program to support the planning and execution of its transportation responsibilities for all non-classified shipments of hazardous materials, including radioactive, mixed wastes, and other commodities.

**Environmental Management Headquarters EM 20 ATMS:**
This application is used by DOE's National Transportation Program to support the planning and execution of its transportation responsibilities for all non-classified shipments of hazardous materials, including radioactive, mixed wastes, and other commodities.

**Environmental Management Headquarters EM 20 RADTRAN:**
This application is used by DOE's National Transportation Program to support the planning and execution of its transportation responsibilities for all non-classified shipments of hazardous materials, including radioactive, mixed wastes, and other commodities.

**Environmental Management Headquarters EM 20 -- Transportation Routing Analysis Geographic Information System (TRAGIS):**
This application is used by DOE's National Transportation Program to support the planning and execution of its transportation responsibilities for all non-classified shipments of hazardous materials, including radioactive, mixed wastes, and other commodities.

**Environmental Management Headquarters EM 20 RADCALC:**
This application is used by DOE's National Transportation Program to support the planning and execution of its transportation responsibilities for all non-classified shipments of hazardous materials, including radioactive, mixed wastes, and other commodities.

**Environmental Management Headquarters EM 20 --
Transportation Communications System (TRANSCOM):**
This application is used by DOE's National Transportation
Program to support the planning and execution of its
transportation responsibilities for all non-classified shipments of
hazardous materials, including radioactive, mixed wastes, and
other commodities.

**Legacy Management 5000:**
This system aids in the mission of Legacy Management which is
to manage the Department's post closure responsibilities and
ensure the future heath and protection of the environment.

**Oak Ridge National Laboratory Enterprise Resource
Planning System (SAP):**
ORNL's SAP (Systems, Applications, and Products in Data
Processing) is the business and human resource system
including payroll, project management, accounting, accounts
Receivable, accounts Payable, human resources, contracts, and
procurement.

**Pacific Northwest National Laboratory Environmental
Molecular Sciences Laboratory:**
This system is dedicated to addressing Grand Challenge
computational problems in environmental science at the
molecular level.

**Pacific Northwest National Laboratory EMSLnet
Enclave:**
This system is dedicated to addressing Grand Challenge
computational problems in environmental science at the
molecular level.

**Richland PHMC Business Management System (BMS):**
Business Management System (BMS) supports business &
administrative functions required by two Prime Contractors

(Richland Project Hanford Management Contract & RPP). This integrated Enterprise Resource Planning system supports finance, human resources, pension, acquisitions, training, benefits, payroll, contracts, and property related needs.

**Civilian Radioactive Waste Management DOE Licensing Support Network (LSN):**
The Licensing Support Network is a web-based electronic discovery system required to meet the requirements in 10CFR2 Subpart J. The DOE portion of the LSN was activated in June 2004. The LSN is expected to be operational through 2010.

**Science Lattice Quantum ChromoDynamics Computing:**
This system provides the computational infrastructure needed to carry out research in theoretical physics in support of these experimental programs.

**Security Office e-DOE Integrated Security System +:**
SO eDISS+ allows for electronic receipt, processing, sharing, and archiving of clearance-related data, an electronic signature capability, and will integrate personnel security data and clearance information with other Departmental systems.

**Western Area Power Administration CSO Western Business Information Decision Support System (BIDSS) Upgrade:**
BIDSS is Western's integrated financial, accounting, and business information system, the upgrade project was to upgrade Oracle 10.7 to Oracle 11.i.

**Western Area Power Administration CSO Western Business Information Decision Support System-OFA**
BIDSS is Western's integrated financial, accounting, and business information system, the upgrade project was to upgrade Oracle 10.7 to Oracle 11.i.